**Order filed March 1, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-01087-CV

_____

**TIMOTHY CASTRO, JR., Appellant**

**V.**

**MARGARET CASTRO, Appellee**

**On Appeal from the 308th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2006-30159**

## O R D E R

The notice of appeal in this case was filed December 14, 2011. Appellant's filing fee was paid January 13, 2012. The record was due January 16, 2012. The reporter's record was filed February 13, 2012, and February 24, 2012. The clerk's record has not been filed, however. On February 7, 2012, the clerk responsible for preparing the record notified this court that appellant had not made payment for the record. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. On February 8, 2012, this court notified appellant that the appeal was subject to dismissal

unless appellant filed a response with proof of payment for the record. No response was filed. Therefore, the court issues the following order.

Appellant is ordered to file the clerk's record with the clerk of this court on or before **March 16, 2012.** *See* Tex. R. App. P. 35.3(c). If appellant fails to file the clerk's record in accordance with this order, the appeal will be dismissed. *See* Tex. R. App. P. 37.3(b).

PER CURIAM